UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Third Party Plaintiff Metropolitan Life Co.</u>

      v.                                  Case No. 05-cv-66-PB

<u>Third Party Estate of Barry Wolf, et al.</u>

ENTRY OF DEFAULT AS TO
<u>Third party defendants: Estate of Barry Wolf, Randolph Wolf</u>

The above-named parties having failed to respond within the time and in the manner provided by Fed. R. Civ. P. 12, default is herewith entered as to those parties in accordance with Local Rule 55.1.

A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

By the Court,

July   26, 2005                          /s/  James R. Starr
                                                      James R. Starr
                                                      Clerk

cc:    Paul English, Esq.
        William Pandolph, Esq.