UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Deborah Wolf</u>

    v.                              Case No. 05-cv-66-PB

<u>Metropolitan Life Insurance Company</u>

ORDER

The Court having ordered on 8/12/05, that the funds to be deposited by Met Life be accepted by the Clerk and deposited into the Registry of the Court until further notice,

IT IS HEREBY FURTHER ORDERED that the Clerk:

1.     Cause the funds to be invested in the Court Registry Investment System;

2.     Deduct a registry fee equal to ten percent (10%) of the interest earned on said funds pursuant to the directive of the Judicial Conference of the United States; and

3.     Deduct the registry fee prior to the disbursement of funds without further order of the Court.

August 16, 2005                            /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Paul C. English, Esq.
        William D. Pandolph, Esq.