UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Deborah Wolf

    v.                                       Case No. 05-cv-66-PB

Metropolitan Life, et al.


**J U D G M E N T**

In accordance with the Endorsed Order dated September 10, 2005 by Judge Paul Barbadoro and the stipulation entered into by the parties, judgment is hereby entered.


                                                        By the Court,

                                                        /s/ James R. Starr
                                                        James R. Starr, Clerk

October 4, 2005

cc:     Paul English, Esq.
         William Pandolph, Esq.